FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 20 PM 2: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ISRAEL ANTONIO-MORALES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 08-5105 |
| BIMBO'S BEST PRODUCE, INC., ET AL | * | SECTION: "D"(2) |

### ORDER OF ADMINISTRATIVE CLOSURE

Because the court has granted the Government's "Motion to Intervene and to Stay Civil Discovery Proceedings," this matter cannot proceed to Trial and disposition. Therefore;

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes; and

**IT IS FURTHER ORDERED** that the court shall retain jurisdiction and this consolidated matter shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, Louisiana, this **20th** day of **April, 2009**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE